IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-108-D

| | |
|---|---|
| JOSEPH L. GWALTNEY III,<br><br>  Plaintiff,<br><br>  v.<br><br>BIG BOUNCE AMERICA LLC and<br>HD SPECTRUM LLC (d/b/a HDS ENTS),<br><br>  Defendants. | **NOTICE OF FILING**<br><br>1. Offer of Judgment<br>2. Acceptance of Offer of Judgment<br>3. Facsimile Confirmation<br>4. Proof of Service |

NOW COMES Plaintiff Joseph L. Gwaltney III, through counsel, and pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby files true and correct copies of the following and requests entry of judgment pursuant thereto:

**EXHIBIT A** – Offer of Judgment

**EXHIBIT B** – Notice of Acceptance of Offer of Judgment

**EXHIBIT C** – Facsimile Confirmation

**EXHIBIT D** – Proof of Service

Respectfully submitted, this the 26th day of June, 2019.

                          **MAGINNIS LAW, PLLC**
                          *Counsel for Plaintiff*

      BY:   /s/ Asa C. Edwards
                ASA C. EDWARDS IV
                N.C. State Bar No. 46000
                4801 Glenwood Avenue, Suite 310
                Raleigh, North Carolina 27612
                Telephone:   919.526.0450
                Fax:           919.882.8763
                aedwards@maginnislaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, a true copy of the foregoing Notice of Filing was served upon the following via the court's CM/ECF system:

Katie Weaver Hartzog
Cranfill Sumner & Hartzog LLP
khartzog@cshlaw.com
*Counsel for Defendants*

Respectfully submitted, this the 26th day of June, 2019.

                                        **MAGINNIS LAW, PLLC**
                                        *Counsel for Plaintiff*

BY: /s/ Asa C. Edwards
      ASA C. EDWARDS IV
      N.C. State Bar No. 46000
      4801 Glenwood Avenue, Suite 310
      Raleigh, North Carolina 27612
      Telephone: 919.526.0450
      Fax: 919.882.8763
      aedwards@maginnislaw.com